UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HELEN YOUNGBLOOD, | CASE NO. 4:19CV231 |
| PLAINTIFF, | JUDGE SARA LIOI |
| vs. | JUDGMENT ENTRY |
| BOARD OF COMMISSIONERS OF MAHONING COUNTY, et al., | |
| DEFENDANTS. | |

For the reasons set forth in the contemporaneously filed memorandum opinion and order, Defendants' motion to dismiss is GRANTED and this case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: September 9, 2019

_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**